McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone:   (973) 622-7711
Facsimile:    (973) 622-5314
Attorneys for Defendants,
Hornell Brewing Co., Inc., d/b/a Ferolito Vultaggio & Sons,
Arizona Beverage Company, LLC, and
Beverage Marketing, USA, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| LAUREN COYLE, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>HORNELL BREWING CO., FEROLITO VULTAGGIO & SONS, ARIZONA BEVERAGE COMPANY, LLC, and BEVERAGE MARKETING, USA., INC.,<br><br>                    Defendants. | Civil Action No. 08-2797<br><br>**DECLARATION OF DEFENDANTS' COUNSEL IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

ROBERT P. DONOVAN, of full age, declares as follows:

1.      I am an attorney at law of the State of New Jersey and an attorney at the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendants in this matter.

2.      Attached as exhibits to this declaration are true and accurate copies of the following:

3.      Attached as Exhibit A is the deposition transcript of Plaintiff, Lauren Coyle dated February 16, 2010.

4.      Attached as Exhibit B is the deposition transcript of Don Vultaggio dated February 18, 2010.

5.      Attached as Exhibit C is a copy of Plaintiff's retainer agreement with counsel dated August 9, 2007.

6.      Attached as Exhibit D is a copy of Plaintiff's answers to Defendants' interrogatories dated January 26, 2009.

7.      Attached as Exhibit E is a copy of Plaintiff's answers to Defendant Beverage Marketing USA's interrogatories dated October 19, 2009.

8.      Attached as Exhibit F is a copy of Plaintiff's response to Defendants' request for admissions dated January 26, 2009.

9.      Attached as Exhibit G is a copy of Plaintiff's declaration dated April 7, 2010.

10.      Attached as Exhibit H is a copy of a declaration from Mark Empie dated March 22, 2010.

11.      Attached as Exhibit I is a copy of a declaration from Adam Waehner dated March 29, 2010.

#1548789                                        2

12.    Attached as Exhibit J is a copy of a declaration from Amy Leigh Fratus dated March 24, 2010.

13.    Attached as Exhibit K is a copy of the redacted expert report of Dr. Thomas Montville.

14.    Attached as Exhibit L is Defendants' document request and Plaintiff's response to Defendants' document request dated January 26, 2009.

15.    Attached as Exhibit M is the decision by the United States District Court, Southern District of New York in *Weiner v. Snapple* (07-CIV-8742-DLC) dated January 21, 2011.

16.    Attached as Exhibit N is a copy of the June 14, 2010 decision in *Covington v. Hornell Brewing Co., Inc., et al.*, Case No. 08-21894-Civ-Seitz/O'Sullivan.

17.    Attached as Exhibit O are labels of Defendants' products.

18.    Attached as Exhibit P is the declaration of Don Vultaggio dated January 31, 2011 (with accompanying exhibits).

#1548789                                    3

I hereby certify and declare, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  January 31, 2011             /s/ Robert P. Donovan                              
                                     ROBERT P. DONOVAN