IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LAUREN COYLE, on behalf of herself and all others similarly situated,<br><br>                     Plaintiff,<br><br>          v.<br><br>HORNELL BREWING CO., et al.,<br><br>                     Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 08-2797 (JBS-JS)<br><br><br>**ORDER** |

This matter having come before the Court upon Plaintiff's motion for class certification [Docket Item 122]; the Court having considered the submissions of the parties in support thereof and opposition thereto; and the Court having heard oral argument on the motion; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**26th**__ day of **May, 2011,** hereby

ORDERED that Plaintiff's motion for class certification shall be, and hereby is, DENIED.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge