IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LAUREN COYLE, on behalf of
herself and all others
similarly situated,

          Plaintiff,

    v.

HORNELL BREWING CO., et al.,

          Defendants.

HON. JEROME B. SIMANDLE

Civil No. 08-2797 (JBS/JS)


**ORDER**


    This matter having come before the Court upon Plaintiff

Lauren Coyle's motion for reconsideration [Docket Item 144], for

the reasons expressed in the Opinion filed herewith,

    IT IS this     **30th**     day of **August, 2011** hereby

    ORDERED that reconsideration is **GRANTED IN PART** and the

Court's earlier determination of inadequacy of counsel to

represent this proposed class is stricken, the Court finding

instead that upon the present record there is an insufficient

basis to find that Plaintiff's counsel would be inadequate to

represent this proposed class under Rules 23(a)(4) and 23(g); and

it is further

    ORDERED that Plaintiff's motion for reconsideration shall

be, and hereby is, otherwise **DENIED**, the Court again denying

class certification upon the basis that Plaintiff Lauren Coyle

has not been shown to be adequate to represent this proposed

class under Rule 23(a)(4).


                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        United States District Judge