## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN COYLE, on behalf of herself and all others similarly situated; | Honorable Jerome B. Simandle U.S.D.J. |
| Plaintiff, | |
| vs. | Civil Action No. 08-cv-2797-JBS-JS |
| HORNELL BREWING CO; FEROLITO VULTAGGIO & SONS; ARIZONA BEVERAGE COMPANY, LLC, BEVERAGE MARKETING USA, INC., and ARIZONA BEVERAGES USA LLC, | **NOTICE OF MOTION TO DISMISS MATTER, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon Plaintiff Lauren Coyle's Memorandum of Law in Support of Motion to Dismiss Matter, With Prejudice, Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the undersigned will move this Court, before The Honorable Jerome B. Simandle, U.S.D.J., United States District Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, Room 6010, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey 08101, on November 7, 2011, or a date designated by the Court, for an Order Granting Plaintiff's Motion to Dismiss.

Dated: October 3, 2011

Respectfully submitted,

WILENTZ, GOLDMAN & SPITZER, P.A.

By: _____
Daniel R. Lapinski
90 Woodbridge Center Drive
Woodbridge, NJ 07095
(732) 855-6066
Email: dlapinski@wilentz.com

#3941049 (151149.002)