McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Robert P. Donovan, Esq.
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone:  (973) 622-7711
Facsimile:   (973) 622-5314
Attorneys for Defendants,
Hornell Brewing Co., Inc., d/b/a Ferolito Vultaggio & Sons, Arizona Beverage
Company LLC, Beverage Marketing USA, Inc. and Arizona Beverages USA LLC

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN COYLE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HORNELL BREWING CO., FEROLITO VULTAGGIO & SONS, ARIZONA BEVERAGE COMPANY, LLC, BEVERAGE MARKETING USA, INC. and ARIZONA BEVERAGES USA LLC,<br><br>Defendants. | Civil Action No. 1:08-cv-2797 JBS-JS<br><br><br><br>**DEFENDANTS' NOTICE OF CROSS-MOTION FOR COSTS UNDER RULE 54 AND RULE 41(a)(2)** |

TO:
Daniel R. Lapinski, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Woodbridge, New Jersey 07095
*Attorneys for Plaintiff*

All Other Counsel of Record Via ECF

**PLEASE TAKE NOTICE** that on November 7, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants, Hornell Brewing Co., Inc., d/b/a Ferolito Vultaggio & Sons, Arizona Beverage Company LLC, Beverage Marketing USA, Inc. and Arizona Beverages USA LLC ("Defendants"), by and through their counsel, McElroy, Deutsch, Mulvaney & Carpenter, LLP, will cross-move, before the Honorable Jerome B. Simandle, U.S.D.J., of the United States District Court for the District of New Jersey, at the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey, for an order awarding Defendants costs under Rules 54(d)(1) or 41(a)(2) of the Federal Rules of Civil Procedure, in conjunction with the dismissal of Plaintiff's Second Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon the pleadings on file in this matter and in a related matter (*Robinson v. Hornell Brewing, et al.*, Civil No. 11-02183-JBS-JS). A proposed form of Order is also submitted herewith.

Dated:  October 24, 2011          Respectfully submitted,

                                  /s/ Robert P. Donovan
                                  Robert P. Donovan
                                  McELROY, DEUTSCH, MULVANEY &
                                  CARPENTER, LLP
                                  Three Gateway Center
                                  100 Mulberry Street
                                  Newark, New Jersey 07102
                                  Telephone:  (973) 622-7711
                                  Facsimile:   (973) 622-5314

                                  Attorneys for Defendants, Hornell Brewing Co.,
                                  Inc., d/b/a Ferolito Vultaggio & Sons, Arizona
                                  Beverage Company LLC, Beverage Marketing
                                  USA, Inc. and Arizona Beverages USA LLC

#1673661                                         3