IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN COYLE, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HORNELL BREWING CO., et al.,<br><br>　　　　Defendants. | Civil Action<br>No. 08-2797 (JBS/JS)<br><br>**ORDER** |

This matter is before the Court on Plaintiff Coyle's voluntary motion to dismiss the action with prejudice pursuant to Rule 41(a)(2), Fed. R. Civ. P. [Docket Item 158.] The Court notes that while Defendants initially opposed Plaintiff's motion, cross-moved to dismiss, and cross-moved for costs under Rule 54(d)(1) [Docket Items 160 & 161], Defendants have subsequently withdrawn their opposition to Plaintiff's motion and withdrawn their cross-motion for costs. Therefore,

　　IT IS, this __**30th**__ day of **November, 2011**,

　　ORDERED that Plaintiff's motion for voluntary dismissal with prejudice is **GRANTED** without prejudice to or consideration of the parties' rights to pursue costs upon an appropriate motion; and it is further

　　ORDERED that the Clerk shall terminate the case upon the docket.

　　　　　　　　　　　　　　　　 **s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　U.S. District Judge